THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Trevor B. Doby,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-182
Submitted January 29, 2004  Filed March 
 17, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and  Solicitor Edgar Lewis Clements, III, of Florence, for 
 Respondent.
 
 
 

PER CURIAM: Trevor B. 
 Doby was indicted for one count of second-degree burglary, one count of grand 
 larceny, two counts of financial transaction card fraud, three counts of financial 
 identity fraud, three counts of financial transaction card theft, and twenty 
 counts of forgery.  Doby pled guilty to two counts of financial transaction 
 card fraud, three counts of financial identity fraud, and fifteen counts of 
 forgery.  He was sentenced to five years imprisonment on each charge, the sentences 
 to run concurrently.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), Dobys counsel attached a petition to be relieved.  Doby did not file 
 a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Dobys appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.